United States District Court
for the District of Columbia

Michael Moment

vs.                                    Civil Action No. 06-1421 R.W.R

Judge Craig Iscoe

Affidavit of Service

I Michael Moment mailed the summons and complaint Registered mail to Judge Craig Iscoe on 8/11/06

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Judge Craig Iscoe
500 Indiana Ave. N.W
Washington, DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Randy Bautt          ☐ Agent
                       ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:      ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)   7006 0100 0007 2414 9902

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

P.O. Box 5298
Hyattsville, md. 20782-0298
(240) 832-7906

**RECEIVED**

SEP 14 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT