## Superior Court of the District of Columbia
### CRIMINAL DIVISION

**AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT**

USW NO.: 384-04

| DEFENDANT'S NAME: MOMENT, MICHAEL | | | | | CCR: 011-879 | | PDID: 449-720 | |
|---|---|---|---|---|---|---|---|---|
| SEX: MALE | RACE: BLACK | D.O.B.: 3-18-62 | HEIGHT: 5'7" | WEIGHT: 190 | EYES: BRO | HAIR: BLK | | COMPLEXION: DARK |

DEFENDANT'S HOME ADDRESS: 63 KINGMAN VIEW CIRCLE, SILVER SPRING, MARYLAND
TELEPHONE NUMBER: 301 593-7819

DEFENDANT'S BUSINESS ADDRESS:
TELEPHONE NUMBER:

COMPLAINANT'S NAME: REARDON, PEARL

LOCATION OF OFFENSE: [redacted]
DATE OF OFFENSE: 1-27-04
TIME OF OFFENSE: 1432

**GIVE BRIEF DESCRIPTION OF WHAT HAPPENED:**

**POLICE REPORT/INVESTIGATION**
ON 1-27-04, C-1 MADE A REPORT OF THREATS TO THE METROPOLITAN POLICE DEPARTMENT. C-1 REPORTED THAT S-1 CALLED HER ON THE PHONE AT WHICH TIME A VERBAL ARGUMENT ENSUED. S-1 THEN THREATENED C-1 BY SAYING YOU DON'T KNOW ME, "I'LL CATCH YOU IN AN ALLEY ONE NIGHT, AND BEAT YOU UP." C-1 STATED THAT THIS STATEMENT SCARED HER. DURING THE INVESTIGATION, THE AFFIANT LEARNED THAT C-1'S ADULT DAUGHTER, W-1, IS ENGAGED TO S-1. C-1 REPORTED THAT SHE IS NOT PLEASED WITH W-1'S RELATIONSHIP WITH S-1 BECAUSE W-1 HAS ONLY KNOWN S-1 FOR ABOUT SIX MONTHS. C-1 REPORTED THAT W-1 DOES NOT KNOW ENOUGH ABOUT S-1 IN SIX MONTHS TIME. C-1 STATED THAT S-1 ALONG WITH W-1 AND W-1'S DAUGHTER WHO IS EIGHT YEARS OLD, WENT AWAY ON A WEEKEND TRIP OUT OF TOWN AND C-1 WAS UNABLE TO LOCATE OR MAKE CONTACT WITH W-1. IT WAS AT THIS TIME THAT C-1 WAS ABLE TO LOCATE W-2, WHO IS THE ADULT SISTER OF S-1 IN THE TELEPHONE BOOK AFTER MERELY SEARCHING THE TELEPHONE BOOK FOR PERSONS WITH THE SAME LAST NAME AS S-1. C-1 THEN CALLED S-1'S SISTER WHO REPORTEDLY WAS NOT PLEASED WHEN C-1 CALLED W-2. UPON LEARNING THAT C-1 CALLED HIS SISTER, W-2, IN AN EFFORT TO LOCATE, W-1, S-1 CALLED C-1 ON THE PHONE TO EXPRESS HIS DISAPPROVAL. THE AFFIANT INTERVIEWED S-1 WHO REPORTED THAT HE DID CALL C-1 ON THE PHONE BUT DID NOT THREATEN C-1. S-1 DID SAY THAT HE TOLD C-1 HE WOULD MEET HER IN AN ALLEY BECAUSE C-1 CALLED W-2, WHO IS HIS SISTER. W-1 WAS INTERVIEWED AND REPORTED THAT SHE WAS PRESENT AT C-1'S HOME WHEN S-1 CALLED. W-1 STATED THAT C-1 REPEATED FOR HER HEARING FOR HER, W-1, TO REALIZE WHAT S-1 WAS SAYING TO C-1. W-1 REPORTED THAT SHE HEARD C-1 SAY, "YOU'RE GONNA MEET ME BEHIND SOME BAR ONE NIGHT AND BEAT ME UP." W-1 THEN HEARD C-1 TELL S-1 THAT SHE DOES NOT GO TO BARS. W-1 REPORTED THAT THE CONVERSATION CLEARLY RATTLED C-1 ALTHOUGH W-1 COULD NOT HEAR S-1'S END OF THE CONVERSATION. ON 3/26/04, W-1 IDENTIFIED A SINGLE PHOTOGRAPH OF THE DEFENDANT AS MICHAEL MOMENT.

**DISPOSITION**
THE AFFIANT BELIEVES PROBABLE CAUSE HAS BEEN ESTABLISHED AND RESPECTFULLY REQUESTS A WARRANT BE ISSUED FOR THE SUSPECT MICHAEL MOMENT.

TO: WARRANT CLERK
PLEASE ISSUE A WARRANT FOR: Threats (F)
CHARGED WITH: [signature] ASSISTANT UNITED STATES ATTORNEY
NCIC approval

AFFIANT'S SIGNATURE: X [signature]
SUBSCRIBED AND SWORN TO BEFORE ME THIS 7th DAY OF APRIL
(JUDGE) (DEPUTY CLERK) SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Tim Murphy

**EXHIBIT # 1**