UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| MICHAEL MOMENT, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 06-1421 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| HONORABLE CRAIG ISCOE, | ) | |
| | ) | |
| Defendant. | ) | |

**REPLY MEMORANDUM IN FURTHER SUPPORT OF DEFENDANT'S MOTION TO DISMISS**

Defendant, the Honorable Craig Iscoe, by and through his undersigned counsel, replies to Plaintiff's Opposition to Defendant's Motion to Dismiss as follows:

1. Plaintiff's Opposition Memorandum demonstrates that Judge Iscoe is entitled to qualified immunity as Plaintiff expressly complains of acts by Judge Iscoe performed in the course of his judicial duties. *See, e.g.,* Opp. at 10. As demonstrated in Defendant's opening brief, such claims lie squarely within the boundaries of judicial immunity, which acts as a bar to Plaintiff's lawsuit against Judge Iscoe.

2. Plaintiff offers no support for his proposition that the Civil Rights Acts of 1866 and 1871 operate to deprive a judicial officer of the well-established absolute right to judicial immunity. *See* Opp. at 2. Rather, the law is clear that members of the judiciary enjoy absolute immunity from any civil action for damages which challenge the actions of a judge in his or her judicial capacity. *See, e.g. Stump v. Sparkman*, 435 U.S. 349, 356 (1978).

3. Plaintiff's claim that Judge Iscoe acted without jurisdiction, Opp. at 14, simply is without merit. Judge Iscoe clearly had authority as a member of the Superior Court of the District of Columbia to preside over Plaintiff's criminal trial.

4. Finally, it is clear from Plaintiff's Opposition that he is seeking to relitigate his criminal proceedings in this Court. *See* Opp. at 4-10. Such an attempt simply is not permitted. As Plaintiff's own exhibits demonstrate, Plaintiff had a full opportunity to defend himself at the trial level and to challenge his criminal conviction in the District of Columbia Court of Appeals.

Accordingly, for the reasons set forth above and in Defendant's Motion to Dismiss and accompanying Memorandum, Judge Iscoe respectfully requests that this Court dismiss Plaintiff's Complaint in its entirety.

> Respectfully submitted,
>
> ROBERT J. SPAGNOLETTI
> Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General
> Civil Litigation Division
>
> _____
> NICOLE L. LYNCH (471953)
> Chief, Section II
>
> _____
> SHANA L. FROST (458021)
> Assistant Attorney General
> 441 4th Street, NW, 6th Floor South
> Washington, DC 20001
> (202) 724-6534
> Fax: (202) 727-3625
> shana.frost@dc.gov