```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

```
_____
                               )
MICHAEL MOMENT,                )
                               )
        Plaintiff,             )
                               )
        v.                     )   Civil Action No. 06-1421 (RWR)
                               )
JUDGE CRAIG ISCOE,             )
                               )
        Defendant.             )
_____)
```

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendant's motion to dismiss [3] be, and hereby is, GRANTED.

This is a final appealable order.

SIGNED this 19th day of March, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```